United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Soresnil Rodriguez, Plaintiff<br><br>v.<br><br>Gulfstream Park Racing Association, Defendant. | )<br>)<br>) Civil Action No. 16-60717-Civ-Scola<br>) |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Amended Motion for Approval of Settlement, ECF No. 17.) Having reviewed the record, the relevant legal authorities and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **approves** the parties' settlement agreement and **dismisses** this action with prejudice. The Court reserves jurisdiction to enforce the parties' settlement agreement.

**Done and ordered** in chambers, at Miami, Florida, on June 16, 2016.

_____
Robert N. Scola, Jr.
United States District Judge